1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 EASTERN DISTRICT OF CALIFORNIA

9

10 MICHAEL J. PIAZZA,                )   1:11-cv-01536-AWI-BAM
                                     )
11              Plaintiff,           )
                                     )   ORDER FINDING SERVICE OF
12        v.                         )   COMPLAINT APPROPRIATE, AND
                                     )   FORWARDING SERVICE DOCUMENTS
13 D. R. BRACKETT, DEREK PERRY,      )   TO PLAINTIFF FOR COMPLETION AND
                                     )   RETURN WITHIN THIRTY DAYS
14              Defendants.          )
   _____)

15

16 **I.     USM-285 Forms**

17        Because Plaintiff is proceeding in forma pauperis, service of Plaintiff's Complaint will be

18 affected by way of the United States Marshal.  *See* Fed. R. Civ. P. 4(c)(3).

19        In accordance with the above, this Court has determined as follows:

20        1.      Service is appropriate for Defendants D.R. Brackett and Derek Perry;

21        2.      The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, and two (2)

22                summonses, an instruction sheet, a copy of the Complaint filed on September 8,

23                2011, and a copy of this Order;

24        3.      **Within THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete

25                the Notice of Submission of Documents and return the completed Notice to the

26                Court with the following documents:

27

28                                          1

a. One completed summons for each defendant listed above;

b. One completed USM-285 form for each defendant listed above;

c. Two (2) copies of the endorsed Complaint filed September 8, 2011; and

d. A copy of the instant Order dated June 5, 2012;

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. *The failure to comply with this Order will result in a Recommendation that this action be dismissed.*

IT IS SO ORDERED.

**Dated:** __**June 5, 2012**__          _____**/s/ Barbara A. McAuliffe**_____
                                        UNITED STATES MAGISTRATE JUDGE

2