# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PIAZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>D. R. BRACKETT, DEREK PERRY,<br><br>    Defendants. | 1:11-cv-01536-AWI-BAM<br><br>**ORDER STRIKING PLAINTIFF'S USM-285 FORM AND SUMMONS** |

    Plaintiff's submitted Summons and USM-285 forms (Doc. 16) are STRICKEN.  Plaintiff listed "Brunn & Flynn" on the USM-285 form and summons for Defendant Perry, and "Peter A. Meshot" for Defendant Brackett.  However, these individuals are not the named Defendants.  Plaintiff is ORDERED to file a new executed summons and USM-285 form, listing only the named Defendants, within 20 days of the date of this Order.  The failure to comply with this Order will result in a Recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 2, 2012**           /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE