1

2

3

4

5

6
## UNITED STATES DISTRICT COURT

7
## FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
| | |
|---|---|
| MICHAEL J. PIAZZA, | 1:11-CV-01536-AWI-BAM |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL** (Doc. 32.) |
| v. | |
| D. R. BRACKETT and DEREK PERRY, | |
| Defendants. | |

15

16      Plaintiff's Motion for Appointment of Counsel (Doc. 32) is DENIED.  This is Plaintiff's <u>fifth</u>

17  motion to appoint counsel.  (Doc. 4, 7, 10, 17, 32.)  The Court's third and fourth denials of Plaintiff's

18  motions to appoint counsel informed Plaintiff that "[a]ny further requests for appointment of counsel

19  will be denied summarily."  (Doc. 17, 32.)

20

21  IT IS SO ORDERED.

22
      Dated:   **May 23, 2013**              /s/ *Barbara A. McAuliffe*

23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28