# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PIAZZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. R. BRACKETT and DEREK PERRY,<br><br>　　　　　Defendants. | 1:11-CV-01536-AWI-BAM<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL** (Doc. 65.) |

　　Plaintiff's Motion for Appointment of Counsel (Doc. 65) is DENIED.  This is Plaintiff's <u>sixth</u> motion to appoint counsel.  (Doc. 4, 7, 10, 17, 32, 65.)  The Court's third, fourth and fifth denials of Plaintiff's motions to appoint counsel informed Plaintiff that "[a]ny further requests for appointment of counsel will be denied summarily."  (Doc. 17, 32.)

IT IS SO ORDERED.

　　Dated:   **November 6, 2013**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1