1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL PIAZZA,

11          Plaintiff,

12      v.

13  D.R. BRACKETT, *et al*.,

14          Defendants.
    _____/

15

Case No. 1:11-cv-1536 BAM

ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION NO LATER THAN FEBRUARY 20, 2015

16      Plaintiff Michael Piazza, proceeding pro se and in forma pauperis, filed this civil rights

17  action pursuant to 42 U.S.C. § 1983 on September 8, 2011.  This action is proceeding against

18  Defendants D.R. Brackett and Detective Derek Perry.  On January 12, 2015, each Defendant filed

19  a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. (Docs. 82-86). Plaintiff was

20  notified by this Court of his obligation to timely respond to these motions pursuant to Local Rule

21  230(c). (Doc. 87).  Plaintiff's opposition or non-opposition was due January 30, 2015.  To date,

22  Plaintiff has not filed a response.

23

24  ///

25  ///

26  ///

27  ///

28  ///

1          Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-

2    opposition to Defendants' motions no later than **February 20, 2015**.  **Plaintiff is warned that the**

3    **failure to comply with this order will result in dismissal of this action, with prejudice, for**

4    **failure to prosecute**.

5    

6    IT IS SO ORDERED.

7      Dated:   **February 4, 2015**                    /s/ *Barbara A. McAuliffe*

8                                                 UNITED STATES MAGISTRATE JUDGE